EASTERN DISTRICT
STATE OF NEW YORK

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE CO, GEICO INDEMNITY COMPANY, GEICO GENERAL INSURANCE COMPANY AND GEICO CASUALTY COMPANY<br><br>vs                                                                                              *Plaintiff*<br><br>VLADISLAV STOYANOVSKY, ET AL<br><br><br>*Defendant* | COURT DATE & TIME: AT<br>INDEX #: 1:24-CV-01017<br>DATE FILED:<br>Job #: 1801115<br>Client File# 5100-4124 KB |

CLIENT'S FILE NO.: 5100-4124 KB                                                                                               **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF SUFFOLK ss:

I Alan Feldman, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

That on 9/7/2024 at 11:21 AM at 2966 OCEAN AVE APT 2, BROOKLYN, NY 11235 deponent served the within AMENDED SUMMONS IN A CIVIL ACTION AND AMENDED COMPLAINT on DMITRIY KHAVKO therein named

After your deponent was unable with due diligence to serve the recipient by personal delivery, service was made by delivering a true copy thereof to and leaving with Alena Khavko Wife a person of suitable age and discretion at 2966 OCEAN AVE APT 2, BROOKLYN, NY 11235 said premises being the recipient's actual place of abode within the State of New York.

Deponent completed service by depositing a copy of the documents listed above on 9/7/2024 in a postpaid, properly addressed envelope by first class mail, bearing the legend Personal & Confidential and not indicating legal action, in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.
Mailing was made to 2966 OCEAN AVE APT 2, BROOKLYN, NY 11235
FIRST CLASAS: | 2966 OCEAN AVE APT 2, BROOKLYN, NY 11235

Said documents were conformed with index number endorsed thereon.

A description of the person served on behalf of the defendant is as follows:
**Approx Age**: 38, **Approx Weight**: 131-160 Lbs., **Approx Height**: 5" 4" - 5" 8", **Sex**: Female, **Approx Skin**: White, **Approx Hair**: Brown

**Other**:

Deponent spoke to Alena Khavko
Inquired as to the DMITRIY KHAVKOs place of residence and received a positive reply and confirmed the above address of DMITRIY KHAVKO and asked whether DMITRIY KHAVKO was in active military service of the United States or the State of New York in any capacity, or is a dependant of anyone in the military and received a negative reply and that the DMITRIY KHAVKO always wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the DMITRIY KHAVKO is not in the military service of New York State or of the United States as that the term is defined in either the State or in Federal statutes.



Sworn to before me on 9/8/2024
Brett Pasternack
Notary Public State of NY
Suffolk County, Commission Expires

BRETT PASTERNACK
Notary Public, State of New York
No. 01PA6396017
Qualified in Suffolk County
Commission Expires August 12, 2027

Alan Feldman
2058467

*ONPOINT PROCESS SERVING, 18 WHITECLIFF LANE, NESCONSET, NY 11767 2094996-DCA*