UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------

GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY and
GEICO CASUALTY COMPANY,

                            Plaintiffs,

        -against-

VLADISLAV STOYANOVSKY, GARY GRODY a/k/a
LANCE GRODY, HEADLAM MEDICAL PROFESSIONAL
CORPORATION, ERIC MELADZE, BLUE TECH
SUPPLIES, INC., SUNSTONE SERVICES INC., KIANAN
TARIVERDIEV, NAZIM TARIVERDIEV, DILSOD
ISLAMOV a/k/a "DILAN", DMITROY KHAVKO, and JOHN
DOE DEFENDANTS "1"-"10",

                            Defendants.

--------------------------------------------------------------------

Case No.: 1:24-cv-01017-PKC-JAM

**ANSWER TO AMENDED
COMPLAINT**


        Now come the Defendants, NAZIM TARIVERDIEV, KIANAN TARIVERDIEV, DMITRIY
KHAVKO, and DILSHOD ISLAMOV ("Answering Defendants") and interpose the following
pleading as and for their Answer to Plaintiffs' Amended Complaint in this matter.

        1.      The Answering Defendants deny the allegations contained in paragraph 1 of
the Complaint.

        2.      The Answering Defendants deny the allegations contained in paragraph 2 of
the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The
Answering Defendants deny information sufficient to form a belief as to the balance of the
allegations contained in this paragraph and its subparagraphs.

        3.      The Answering Defendants deny the allegations contained in paragraph 3 of
the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The
Answering Defendants deny information sufficient to form a belief as to the balance of the
allegations contained in this paragraph.

        4.      The Answering Defendants deny the allegations contained in paragraph 4 of
the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The
Answering Defendants deny information sufficient to form a belief as to the balance of the
allegations contained in this paragraph.

5. The Answering Defendants deny the allegations contained in paragraph 5 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

6. The Answering Defendants deny the allegations contained in paragraph 6 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

7. The Answering Defendants deny the allegations contained in paragraph 7 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

8. The Answering Defendants deny the allegations contained in paragraph 8 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph and its subparagraphs.

9. The Answering Defendants deny the allegations contained in paragraph 9 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

10. The Answering Defendants deny the allegations contained in paragraph 10 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

11. The Answering Defendants neither admit nor deny the allegations contained in paragraph 11 of the Plaintiffs' Complaint as the allegations purport to interpret New York State Law, the New York State No-fault laws and regulations and/or the Worker's Compensation Fee Schedule.

12. The Answering Defendants neither admit nor deny the allegations contained in paragraph 12 of the Plaintiffs' Complaint as the allegations purport to interpret New York State Law, the New York State No-fault laws and regulations and/or the Worker's Compensation Fee Schedule.

13. The Answering Defendants deny the allegations contained in paragraph 13 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

14.    The Answering Defendants deny the allegations contained in paragraph 14 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

15.    The Answering Defendants deny the allegations contained in paragraph 15 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

16.    The Answering Defendants deny the allegations contained in paragraph 16 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

17.    The Answering Defendants deny the allegations contained in paragraph 17 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

18.    The Answering Defendants deny the allegations contained in paragraph 18 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph and its subparagraphs.

19.    The Answering Defendants deny the allegations contained in paragraph 19 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

20.    The Answering Defendants deny the allegations contained in paragraph 20 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

21.    The Answering Defendants deny the allegations contained in paragraph 21 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

22.    The Answering Defendants deny the allegations contained in paragraph 22 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

23.    The Answering Defendants deny the allegations contained in paragraph 23 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

24.    The Answering Defendants deny the allegations contained in paragraph 24 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

25.    The Answering Defendants deny information sufficient to form a belief as to the allegations contained in paragraph 25 of the Complaint.

26.    The Answering Defendants deny the allegations contained in paragraph 26 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

27.    The Answering Defendants deny the allegations contained in paragraph 27 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

28.    The Answering Defendants deny the allegations contained in paragraph 28 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

29.    The Answering Defendants deny the allegations contained in paragraph 29 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph and its subparagraphs.

30.    The Answering Defendants deny the allegations contained in paragraph 30 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph and its subparagraphs.

31.    The Answering Defendants deny the allegations contained in paragraph 31 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

32.    The Answering Defendants deny the allegations contained in paragraph 32 of the Complaint.

33.    The Answering Defendants deny information sufficient to form a belief as to the allegations contained in paragraph 33 of the Complaint.

34.    The Answering Defendants deny information sufficient to form a belief as to the allegations contained in paragraph 34 of the Complaint.

35.    The Answering Defendants deny information sufficient to form a belief as to the allegations contained in paragraph 35 of the Complaint.

36.    The Answering Defendants deny information sufficient to form a belief as to the allegations contained in paragraph 36 of the Complaint.

37.    The Answering Defendants deny information sufficient to form a belief as to the allegations contained in paragraph 37 of the Complaint.

38.    The Answering Defendants deny information sufficient to form a belief as to the allegations contained in paragraph 38 of the Complaint.

39.    The Answering Defendants deny information sufficient to form a belief as to the allegations contained in paragraph 39 of the Complaint.

40.    The Answering Defendants deny information sufficient to form a belief as to the allegations contained in paragraph 40 of the Complaint.

41.    The Answering Defendants deny information sufficient to form a belief as to the allegations contained in paragraph 41 of the Complaint.

42.    The Answering Defendants deny information sufficient to form a belief as to the allegations contained in paragraph 42 of the Complaint.

43.    The Answering Defendants deny information sufficient to form a belief as to the allegations contained in paragraph 43 of the Complaint.

44.    The Answering Defendants deny information sufficient to form a belief as to the allegations contained in paragraph 44 of the Complaint.

45.    The Answering Defendants admit the allegations contained in paragraph 45 of the Plaintiff's Complaint.

46.    The Answering Defendants admit the allegations contained in paragraph 46 of the Plaintiff's Complaint.

47.    The Answering Defendants admit the allegations contained in paragraph 47 of the Plaintiff's Complaint.

48.    The Answering Defendants deny the allegations contained in paragraph 48 of the Complaint.

49.     The Answering Defendants admit the allegations contained in paragraph 49 of the Plaintiff's Complaint.

50.     The Answering Defendants deny information sufficient to form a belief as to the allegations contained in paragraph 50 of the Complaint.

51.     The Answering Defendants deny the allegations contained in paragraph 51 of the Complaint.

52.     The Answering Defendants deny the allegations contained in paragraph 52 of the Complaint.

53.     The Answering Defendants deny information sufficient to form a belief as to the allegations contained in paragraph 53 of the Complaint.

54.     The Answering Defendants neither admit nor deny the allegations contained in paragraph 54 of the Plaintiffs' Complaint as the allegations purport to interpret New York State Law, the New York State No-fault laws and regulations and/or the Worker's Compensation Fee Schedule.

55.     The Answering Defendants neither admit nor deny the allegations contained in paragraph 55 of the Plaintiffs' Complaint as the allegations purport to interpret New York State Law, the New York State No-fault laws and regulations and/or the Worker's Compensation Fee Schedule.

56.     The Answering Defendants neither admit nor deny the allegations contained in paragraph 56 of the Plaintiffs' Complaint as the allegations purport to interpret New York State Law, the New York State No-fault laws and regulations and/or the Worker's Compensation Fee Schedule.

57.     The Answering Defendants neither admit nor deny the allegations contained in paragraph 57 of the Plaintiffs' Complaint as the allegations purport to interpret New York State Law, the New York State No-fault laws and regulations and/or the Worker's Compensation Fee Schedule.

58.     The Answering Defendants neither admit nor deny the allegations contained in paragraph 58 of the Plaintiffs' Complaint as the allegations purport to interpret New York State Law, the New York State No-fault laws and regulations and/or the Worker's Compensation Fee Schedule.

59.     The Answering Defendants neither admit nor deny the allegations contained in paragraph 59 of the Plaintiffs' Complaint as the allegations purport to interpret New York State Law, the New York State No-fault laws and regulations and/or the Worker's Compensation Fee Schedule.

60.     The Answering Defendants neither admit nor deny the allegations contained in paragraph 60 of the Plaintiffs' Complaint as the allegations purport to interpret New York State Law, the New York State No-fault laws and regulations and/or the Worker's Compensation Fee Schedule.

61.     The Answering Defendants neither admit nor deny the allegations contained in paragraph 61 of the Plaintiffs' Complaint as the allegations purport to interpret New York State Law, the New York State No-fault laws and regulations and/or the Worker's Compensation Fee Schedule.

62.     The Answering Defendants neither admit nor deny the allegations contained in paragraph 62 of the Plaintiffs' Complaint as the allegations purport to interpret New York State Law, the New York State No-fault laws and regulations and/or the Worker's Compensation Fee Schedule.

63.     The Answering Defendants neither admit nor deny the allegations contained in paragraph 63 of the Plaintiffs' Complaint as the allegations purport to interpret New York State Law, the New York State No-fault laws and regulations and/or the Worker's Compensation Fee Schedule.

64.     The Answering Defendants neither admit nor deny the allegations contained in paragraph 64 of the Plaintiffs' Complaint as the allegations purport to interpret New York State Law, the New York State No-fault laws and regulations and/or the Worker's Compensation Fee Schedule.

65.     The Answering Defendants neither admit nor deny the allegations contained in paragraph 65 of the Plaintiffs' Complaint as the allegations purport to interpret New York State Law, the New York State No-fault laws and regulations and/or the Worker's Compensation Fee Schedule.

66.     The Answering Defendants neither admit nor deny the allegations contained in paragraph 66 of the Plaintiffs' Complaint as the allegations purport to interpret New York State Law, the New York State No-fault laws and regulations and/or the Worker's Compensation Fee Schedule.

67.     The Answering Defendants neither admit nor deny the allegations contained in paragraph 67 of the Plaintiffs' Complaint as the allegations purport to interpret New York State Law, the New York State No-fault laws and regulations and/or the Worker's Compensation Fee Schedule.

68.     The Answering Defendants neither admit nor deny the allegations contained in paragraph 68 of the Plaintiffs' Complaint as the allegations purport to interpret New York State Law, the New York State No-fault laws and regulations and/or the Worker's Compensation Fee Schedule.

69.     The Answering Defendants neither admit nor deny the allegations contained in paragraph 69 of the Plaintiffs' Complaint as the allegations purport to interpret New York State Law, the New York State No-fault laws and regulations and/or the Worker's Compensation Fee Schedule.

70.     The Answering Defendants neither admit nor deny the allegations contained in paragraph 70 of the Plaintiffs' Complaint as the allegations purport to interpret New York State Law, the New York State No-fault laws and regulations and/or the Worker's Compensation Fee Schedule.

71.     The Answering Defendants deny information sufficient to form a belief as to the allegations contained in paragraph 71 of the Complaint.

72.     The Answering Defendants deny information sufficient to form a belief as to the allegations contained in paragraph 72 of the Complaint.

73.     The Answering Defendants deny information sufficient to form a belief as to the allegations contained in paragraph 73 of the Complaint.

74.     The Answering Defendants deny the allegations contained in paragraph 74 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

75.     The Answering Defendants deny the allegations contained in paragraph 75 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

76.     The Answering Defendants deny the allegations contained in paragraph 76 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

77.     The Answering Defendants deny the allegations contained in paragraph 77 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

78.     The Answering Defendants deny the allegations contained in paragraph 78 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

79.     The Answering Defendants deny the allegations contained in paragraph 79 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

80.     The Answering Defendants deny the allegations contained in paragraph 80 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

81.     The Answering Defendants deny the allegations contained in paragraph 81 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph and its subparagraphs.

82.     The Answering Defendants deny information sufficient to form a belief as to the allegations contained in paragraph 82 of the Complaint.

83.     The Answering Defendants deny the allegations contained in paragraph 83 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

84.     The Answering Defendants deny the allegations contained in paragraph 84 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

85.     The Answering Defendants deny the allegations contained in paragraph 85 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

86.     The Answering Defendants deny the allegations contained in paragraph 86 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

87.     The Answering Defendants deny the allegations contained in paragraph 87 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

88.     The Answering Defendants deny the allegations contained in paragraph 88 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

89.     The Answering Defendants deny the allegations contained in paragraph 89 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

90.     The Answering Defendants deny the allegations contained in paragraph 90 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

91.     The Answering Defendants deny the allegations contained in paragraph 91 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

92.     The Answering Defendants deny the allegations contained in paragraph 92 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

93.     The Answering Defendants deny the allegations contained in paragraph 93 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

94.     The Answering Defendants deny the allegations contained in paragraph 94 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

95.     The Answering Defendants deny the allegations contained in paragraph 95 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

96.     The Answering Defendants deny the allegations contained in paragraph 96 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

97.     The Answering Defendants deny the allegations contained in paragraph 97 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

98.     The Answering Defendants deny the allegations contained in paragraph 98 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

99.     The Answering Defendants deny the allegations contained in paragraph 99 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

100.     The Answering Defendants deny the allegations contained in paragraph 100 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph and its subparagraphs.

101.     The Answering Defendants deny the allegations contained in paragraph 101 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

102.     The Answering Defendants deny the allegations contained in paragraph 102 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

103.     The Answering Defendants deny the allegations contained in paragraph 103 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

104.     The Answering Defendants deny the allegations contained in paragraph 104 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

105.     The Answering Defendants deny the allegations contained in paragraph 105 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

106.     The Answering Defendants deny the allegations contained in paragraph 106 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

107.    The Answering Defendants deny the allegations contained in paragraph 107 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

108.    The Answering Defendants deny the allegations contained in paragraph 108 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

109.    The Answering Defendants deny the allegations contained in paragraph 109 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

110.    The Answering Defendants deny the allegations contained in paragraph 110 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

111.    The Answering Defendants deny the allegations contained in paragraph 111 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

112.    The Answering Defendants deny the allegations contained in paragraph 112 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

113.    The Answering Defendants deny the allegations contained in paragraph 113 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

114.    The Answering Defendants deny the allegations contained in paragraph 114 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

115.    The Answering Defendants deny the allegations contained in paragraph 115 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

116.    The Answering Defendants deny the allegations contained in paragraph 116 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

117.    The Answering Defendants deny the allegations contained in paragraph 117 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

118.    The Answering Defendants deny the allegations contained in paragraph 118 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

119.    The Answering Defendants deny the allegations contained in paragraph 119 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

120.    The Answering Defendants deny the allegations contained in paragraph 120 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

121.    The Answering Defendants deny the allegations contained in paragraph 121 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

122.    The Answering Defendants deny the allegations contained in paragraph 122 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

123.    The Answering Defendants deny the allegations contained in paragraph 123 of the Complaint.

124.    The Answering Defendants deny the allegations contained in paragraph 11 of the Complaint.

125.    The Answering Defendants deny the allegations contained in paragraph 124 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

126.    The Answering Defendants deny the allegations contained in paragraph 126 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

127.    The Answering Defendants deny the allegations contained in paragraph 127 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

128.    The Answering Defendants deny the allegations contained in paragraph 128 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

129.    The Answering Defendants deny the allegations contained in paragraph 129 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

130.    The Answering Defendants neither admit nor deny the allegations contained in paragraph 130 of the Plaintiffs' Complaint as the allegations purport to interpret New York State Law, the New York State No-fault laws and regulations and/or the Worker's Compensation Fee Schedule.

131.    The Answering Defendants neither admit nor deny the allegations contained in paragraph 131 of the Plaintiffs' Complaint as the allegations purport to interpret New York State Law, the New York State No-fault laws and regulations and/or the Worker's Compensation Fee Schedule.

132.    The Answering Defendants deny the allegations contained in paragraph 132 of the Complaint.

133.    The Answering Defendants deny the allegations contained in paragraph 133 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

134.    The Answering Defendants deny the allegations contained in paragraph 134 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

135.    The Answering Defendants deny the allegations contained in paragraph 135 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

136.    The Answering Defendants deny the allegations contained in paragraph 136 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

137.    The Answering Defendants deny the allegations contained in paragraph 137 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph and its subparagraphs.

138.    The Answering Defendants deny the allegations contained in paragraph 138 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph and its subparagraphs.

139.    The Answering Defendants deny the allegations contained in paragraph 139 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

140.    The Answering Defendants deny the allegations contained in paragraph 140 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

141.    The Answering Defendants deny the allegations contained in paragraph 141 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

142.    The Answering Defendants deny the allegations contained in paragraph 142 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

143.    The Answering Defendants deny the allegations contained in paragraph 143 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

144.    The Answering Defendants deny the allegations contained in paragraph 144 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

145.    The Answering Defendants deny the allegations contained in paragraph 145 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

146.    The Answering Defendants neither admit nor deny the allegations contained in paragraph 146 of the Plaintiffs' Complaint as the allegations purport to interpret New York State Law, the New York State No-fault laws and regulations and/or the Worker's Compensation Fee Schedule.

147.    The Answering Defendants neither admit nor deny the allegations contained in paragraph 147 of the Plaintiffs' Complaint as the allegations purport to interpret New York State Law, the New York State No-fault laws and regulations and/or the Worker's Compensation Fee Schedule.

148.    The Answering Defendants deny the allegations contained in paragraph 148 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

149.    The Answering Defendants deny the allegations contained in paragraph 149 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

150.    The Answering Defendants deny the allegations contained in paragraph 150 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

151.    The Answering Defendants deny the allegations contained in paragraph 151 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

152.    The Answering Defendants deny the allegations contained in paragraph 152 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

153.    The Answering Defendants deny the allegations contained in paragraph 153 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

154.    The Answering Defendants deny the allegations contained in paragraph 154 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

155.    The Answering Defendants deny the allegations contained in paragraph 155 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

156.    The Answering Defendants deny the allegations contained in paragraph 156 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

157.    The Answering Defendants deny the allegations contained in paragraph 157 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph and its subparagraphs.

158.    The Answering Defendants deny the allegations contained in paragraph 158 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

159.    The Answering Defendants deny the allegations contained in paragraph 159 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

160.    The Answering Defendants deny the allegations contained in paragraph 160 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

161.    The Answering Defendants deny the allegations contained in paragraph 161 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

162.    The Answering Defendants deny the allegations contained in paragraph 162 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

163.    The Answering Defendants deny the allegations contained in paragraph 163 of the Plaintiffs' Complaint insofar as they relate or refer to the Answering Defendants. The Answering Defendants deny information sufficient to form a belief as to the balance of the allegations contained in this paragraph.

164.    The Answering Defendants incorporate, as though fully set forth herein, each and every answer set forth in the foregoing paragraphs.

165.    The Answering Defendants deny the allegations contained in paragraph 165 of the Complaint.

166.    The Answering Defendants deny the allegations contained in paragraph 166 of the Complaint.

167.    The Answering Defendants deny the allegations contained in paragraph 167 of the Complaint.

168.    The Answering Defendants deny the allegations contained in paragraph 168 of the Complaint.

169.    The Answering Defendants deny the allegations contained in paragraph 169 of the Complaint.

170.    The Answering Defendants deny the allegations contained in paragraph 170 of the Complaint.

171.    The Answering Defendants incorporate, as though fully set forth herein, each and every answer set forth in the foregoing paragraphs.

172.    The Answering Defendants deny the allegations contained in paragraph 171 of the Complaint.

173.    The Answering Defendants deny the allegations contained in paragraph 173 of the Complaint.

174.    The Answering Defendants deny the allegations contained in paragraph 174 of the Complaint.

175.    The Answering Defendants deny the allegations contained in paragraph 175 of the Complaint.

176.    The Answering Defendants deny the allegations contained in paragraph 11 of the Complaint.

177.    The Answering Defendants incorporate, as though fully set forth herein, each and every answer set forth in the foregoing paragraphs.

178.    The Answering Defendants deny the allegations contained in paragraph 178 of the Complaint.

179.    The Answering Defendants deny the allegations contained in paragraph 179 of the Complaint.

180.    The Answering Defendants deny the allegations contained in paragraph 180 of the Complaint.

181.    The Answering Defendants deny the allegations contained in paragraph 181 of the Complaint.

182.    The Answering Defendants deny the allegations contained in paragraph 182 of the Complaint.

183.    The Answering Defendants deny the allegations contained in paragraph 183 of the Complaint.

184.    The Answering Defendants neither admit nor deny the statement in paragraph 1 of the complaint as it is a jury demand.

## DEFENDANTS DEMAND TRIAL BY JURY

### FIRST AFFIRMATIVE DEFENSE

The Plaintiffs' Complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

The Plaintiffs' Complaint is barred by the Statute of Frauds.

### THIRD AFFIRMATIVE DEFENSE

The Plaintiffs' Complaint is barred by the Statute of Limitations.

### FOURTH AFFIRMATIVE DEFENSE

The Plaintiffs' Complaint is barred by the Statute of Repose.

### FIFTH AFFIRMATIVE DEFENSE

The Plaintiffs' Complaint is barred by the doctrine of laches.

### SIXTH AFFIRMATIVE DEFENSE

The Plaintiffs' Complaint is barred by the doctrine of unclean hands.

### SEVENTH AFFIRMATIVE DEFENSE

The Plaintiffs' Complaint is barred by the doctrine of equitable estoppel.

### EIGHTH AFFIRMATIVE DEFENSE

The Plaintiffs are barred by the doctrine of res judicata.

### NINTH AFFIRMATIVE DEFENSE

The Plaintiffs are barred by the doctrine of collateral estoppel.

### TENTH AFFIRMATIVE DEFENSE

The Plaintiffs are barred by the doctrine of claim preclusion.

### ELEVENTH AFFIRMATIVE DEFENSE

The Plaintiffs are barred by the doctrine of issue preclusion.

### TWELFTH AFFIRMATIVE DEFENSE

The Plaintiffs are barred from recovery for lack of privity.

### THIRTEENTH AFFIRMATIVE DEFENSE

The Plaintiffs are barred from recovery as they have failed to satisfy a necessary jurisdictional prerequisite.

### FOURTEENTH AFFIRMATIVE DEFENSE

The Plaintiffs are barred from recovery by the doctrine of waiver.

### FIFTEENTH AFFIRMATIVE DEFENSE

The Plaintiffs are barred from recovery by the doctrine of offer and compromise.

### SIXTEENTH AFFIRMATIVE DEFENSE

The Plaintiffs are barred from recovery as they have failed to comply with the rules and regulations of the State of New York pertaining to no-fault insurance coverage.

### SEVENTEENTH AFFIRMATIVE DEFENSE

The Plaintiffs are barred from recovery as any damages suffered have been recouped through subrogation.

## EIGHTEENTH AFFIRMATIVE DEFENSE

The Plaintiffs are barred from recovery as any damages suffered have been passed through to insureds through the adjustment of insurance rates as reported to the New York Insurance Department.

## NINETEENTH AFFIRMATIVE DEFENSE

The Plaintiffs cannot seek a Declaratory Judgment against the professional corporation as there is existing arbitration and litigation. The professional corporation's rights to choose forum under the NY No-fault Rules and Regulation cannot be abrogated by the Plaintiff instituting this action.

## TWENTIETH AFFIRMATIVE DEFENSE

Plaintiffs have not satisfied their burden to reverse, modify or amend arbitration rulings as required under the New York Alternative Procedure for Dispute Resolution Act, or the New York Arbitration Act

## TWENTY-FIRST AFFIRMATIVE DEFENSE

The Plaintiffs are barred from recovering any sums which were paid as a result of Judgments or Arbitration Awards.

## DEFENDANTS DEMAND A TRIAL BY JURY

Dated:      September 9, 2024        The Defendants,
              Garden City, New York     By their attorney,

                                         */s/Matthew J. Conroy*
                                         Matthew J. Conroy, Esq.
                                         SCHWARTZ, CONROY & HACK, PC
                                         666 Old Country Road, 9th Floor
                                         Garden City, New York 11530
                                         (516) 745-1122
                                         (516) 745-0844 fax

TO:

Rivkin Radler LLP
Barry I. Levy, Esq.
Michael Vanunu, Esq.
Alexandra Wolff, Esq.
926 RXR Plaza

Uniondale, New York 11556
(516) 357-3000

## **CERTIFICATE OF SERVICE**

I, Alexis J. Acevedo, hereby certify that on the 9th day of September, 2024, Defendants served its Answer upon all counsel of record via the Court's Electronic Filing System.


By:    */s/Alexis J. Acevedo*
Alexis J. Acevedo, paralegal
Schwartz, Conroy & Hack, PC