

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**MICHAEL VANUNU**
Partner
(516) 357-3337
Michael.Vanunu@rivkin.com

September 13, 2024

**VIA ECF**
Honorable Joseph A. Marutollo.
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Government Employees Ins. Co. et al. v. Vladislav Stoyanovsky et al.
Docket No.: 1:24-cv-01017-PKC-JAM

Dear Judge Marutollo:

As the Court is aware, we represent Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co. (collectively "Plaintiffs" or "GEICO") in the above-referenced matter. Plaintiffs submit this letter, together with Defendants Headlam Medical Professional Corporation ("HMPC"), Vladislav Stoyanovsky ("Stoyanovsky"), Dilsod Islamov ("Islamov"), Dmitriy Khavko ("Khavko"), Kianan Tariverdiev ("K. Tariverdiev"), and Nazim Tariverdiev ("N. Tariverdiev") (collectively, the "Appearing Defendants") to provide the Court with an update regarding the status of this action. See Dkt. Order Dtd. Aug. 28, 2024.

Plaintiffs and Appearing Defendants are proceeding with discovery in accordance with the fact discovery deadline of November 25, 2024. Additionally, as the Court is aware, Plaintiffs filed an amended complaint on August 26, 2024 naming several John Doe Defendants identified during the course of discovery. D.E. 37. To date, all of the newly added Defendants - Islamov, Khavko, K. Tariverdiev, and N. Tariverdiev - have appeared and filed their Answer. D.E. 45. HMPC has also filed its Answer. D.E. 46. Stoyanovsky's Answer is not due until October 7, 2024 and Defendants Sunstone Services, Inc. and Blue Tech Supplies, Inc. Answers are not due until October 2, 2024. Dkt. Order Dtd. Sept. 11, 2024; D.E. 49-50.

With respect to Defendants Gary Grody also known as Lance Grody ("Grody") and Eric Meladze ("Meladze"), Plaintiffs have been unable to serve them thus far because Plaintiffs' attempts to serve them at their last known addresses have been unsuccessful. Additionally, Plaintiffs have been unable to locate new addresses for them. As a result, Plaintiffs anticipate

filing a letter with the Court requesting permission to serve Grody and Meladze via alternative means.

We thank the Court for its attention.

>Respectfully submitted,
>
>RIVKIN RADLER LLP
>
>/s/ *Michael Vanunu*
>
>Michael Vanunu

cc: All counsel via ECF