# EXHIBIT "A"

# AFFIDAVIT OF NON-SERVICE

| Case:<br>1:24-cv-01017-PKC-JAM | Court:<br>UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK | County: | Job:<br>12521982 (1801627) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>GOVERNMENT EMPLOYEES INSURANCE COMPANY ET AL. | | Defendant / Respondent:<br>VLADISLAV STOYANOVSKY | |
| Received by:<br>JR PROCESS SERVICE LLC | | For:<br>ONPOINT PROCESS SERVICE INC. | |
| To be served upon:<br>ZHAN PETROSYANTS A/K/A JOHNNY PETROSYANTS | | | |

I, Jose Rojas, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** ZHAN PETROSYANTS A/K/A JOHNNY PETROSYANTS, 20 Park Street A, Edgewater, NJ 07020
**Manner of Service:** Non-Service
**Documents:** SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

**Additional Comments:**
1) Unsuccessful Attempt: Jan 14, 2025, 7:23 pm EST at 20 Park Street A, Edgewater, NJ 07020

SPOKE WITH JULIE, AND SHE CONFIRMED THAT JOHNNY PETROSYANTS DOES NOT RESIDE AT THE ADDRESS, AND SHE GAVE JOHNNY PETROSYANTS PERMISSION TO UTILIZE THE ADDRESS FOR MAILING PURPOSES EVEN THOUGH HE DID NOT RESIDE AT THE ADDRESS. SHE ALSO MENTIONED THAT JOHNNY PETROSYANTS WAS CURRENTLY OUT OF THE COUNTRY. I ASKED FOR AN ALTERNATE ADDRESS FOR JOHNNY PETROSYANTS WAS TOLD THAT SHE DID NOT KNOW THE ALTERNATE ADDRESS. SHE DID NOT DISCLOSE HER RELATIONS TO JOHNNY PETROSYANTS.

Jose Rojas    1/16/2025
Date

JR PROCESS SERVICE LLC
757 BROAD AVE #3212
RIDGEFIELD, NJ 07657

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public    January 16, 2025
Date

1/23/2028
Date Commission Expires

CASSIDY SOLIS
Notary Public, State of New Jersey
Comm. # 2429135
My Commission Expires 1/23/2028