

**KRAVET & VOGEL, LLP**

*Attorneys at Law*

February 11, 2025

**BY ECF**
Honorable Joseph A. Marutollo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **Government Employees Ins. Co. et al. v. Vladislav Stoyanovsky et al.**
    **Docket No.: 1:24-cv-01017-PKC-JAM**

Dear Magistrate Judge Marutollo:

     We represent defendant Headlam Medical Professional Corporation ("HMPC").

     Pursuant to Your Honor's Order & Opinion [Doc. No. 76], HMPC hereby informs the Court that it consents to the Government's motion to intervene in the instant proceeding [Doc. No. 73].

     Respectfully submitted,

     __/s/ Donald J. Kravet_____
     Donald J. Kravet

KRAVET & VOGEL, LLP
555 Fifth Avenue, 14th Fl.
New York, New York 10017
(646) 248-5460
*Dkravet@kvnylaw.com*

*Counsel for Defendant Headlam Medical Professional Corporation*

Cc: All counsel *via* ECF