AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No.  24-cv-01017-PKC-JAM |
| VLADISLAV STOYANOVSKY et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                                                                                    .

Date:   02/14/2025

/s/ Cecilia Vogel
*Attorney's signature*

Cecilia Vogel (5419064)
*Printed name and bar number*

United States Attorney's Office
Southern District of New York
26 Federal Plaza
New York, NY 10007
*Address*

cecilia.vogel@usdoj.gov
*E-mail address*

(212) 637-1084
*Telephone number*

(212) 637-2429
*FAX number*