# EXHIBIT "D"

### AFFIDAVIT OF SERVICE

| Case:<br>1:24-cv-01017-PKC-JAM | Court:<br>UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK | County: | Job:<br>12628909 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>GOVERNMENT EMPLOYEES INSURANCE COMPANY ET AL. | | **Defendant / Respondent:**<br>VLADISLAV STOYANOVSKY | |
| **Received by:**<br>JR PROCESS SERVICE LLC | | **For:**<br>ONPOINT PROCESS SERVICE INC. | |
| **To be served upon:**<br>ZHAN PETROSYANTS A/K/A JOHNNY PETROSYANTS | | | |

I, Jose Rojas, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**    ZHAN PETROSYANTS A/K/A JOHNNY PETROSYANTS, 20 Park Street A, Edgewater, NJ 07020

**Manner of Service:**    Posted, Jan 31, 2025, 9:19 am EST

**Documents:**    SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

**Additional Comments:**

1) Unsuccessful Attempt: Jan 27, 2025, 8:17 pm EST at 20 Park Street A, Edgewater, NJ 07020
AS PER JANE DOE THE BABYSITTER, MR PETROSYANTS AND JULIE WAS NOT HOME. JULIE WAS CALLED AND SHE WAS ON SPEAKER AND JULIE TOLD ME TO RETURN THE NEXT EVENING THAT SHE WILL BE HOME.

2) Unsuccessful Attempt: Jan 28, 2025, 7:36 pm EST at 20 Park Street A, Edgewater, NJ 07020
THE BABYSITTER ANSWERED THE DOOR AND CONFIRMED THAT JULIE WAS NOT HOME. I SPOKE WITH JULIE THROUGH HER CAMERA DOORBELL, AND JULIE WAS ANNOYED AND SAID THAT I WAS ALREADY TOLD THAT MR PETROSYANTS DID NOT RESIDE AT THE ADDRESS. I EXPLAINED TO HER THAT I WAS AUTHORIZED TO DELIVER THE DOCUMENTS TO HER ON BEHALF OF MR PETROSYANTS SHE THEN TOLD ME THAT SHE CHANGED HER MIND, AND SHE WILL BE REFUSING THE DOCUMENTS ON BEHALF OF MR PETROSYANTS BECAUSE MR PETROSYANTS DID NOT RESIDE AT THE ADDRESS.

3) Successful Attempt: Jan 31, 2025, 9:19 am EST at 20 Park Street A, Edgewater, NJ 07020 received by ZHAN PETROSYANTS A/K/A JOHNNY PETROSYANTS.
KNOCKED ON DOOR AND DID NOT GET AN ANSWER. DOCUMENTS POSTED ON FRONT MAIN DOOR.

Jose Rojas

2/3/2025
Date

JR PROCESS SERVICE LLC
757 BROAD AVE #3212
RIDGEFIELD, NJ 07657

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

February 3 2025
Date

1/23/2028
Date Commission Expires

CASSIDY SOLIS
Notary Public, State of New Jersey
Comm. # 2429135
My Commission Expires 1/23/2028