UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, et al.,

                                        Plaintiffs,                    Docket No.:
                                                                       1:24-cv-01017-PKC-JAM

                                                                       **AFFIDAVIT OF SERVICE**

VLADISLAV STOYANOVSKY, et al.,

                                        Defendants.
-------------------------------------------------------------------------X
STATE OF NEW YORK   )
                                ).SS.:
COUNTY OF NASSAU   )

I, Alexandra Wolff, being duly sworn depose and say:

I am not a party to the action, am over 18 years of age and reside in Suffolk County, New York.

On March 11, 2025, the deponent served the **Court Order dated March 10, 2025 directing Zhan Petrosyants a/k/a Johnny Petrosyants to comply with Plaintiffs' subpoena** by delivering true and correct copies via electronic mail to:

1. jonathan.edelstein.2@gmail.com

2. adam@jacobspc.com

                                                                       _____
                                                                       Alexandra Wolff, Esq.

SWORN TO BEFORE ME ON
18th day of March 2025

_____
NOTARY PUBLIC
RR File No. 5100-3549

                    LIZA GILMARTIN
          NOTARY PUBLIC, STATE OF NEW YORK
                  NO. 01GI4906317
           QUALIFIED IN SUFFOLK COUNTY
      COMMISSION EXPIRES SEPTEMBER 21, 2025