UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY, GEICO
GENERAL INSURANCE COMPANY and GEICO
CASUALTY COMPANY,

Docket No.: 1:24-cv-01017
(PKC)(JAM)

         Plaintiffs,

  -against-

VLADISLAV STOYANOVSKY, GARY GRODY
a/k/a LANCE GRODY, HEADLAM MEDICAL
PROFESSIONAL CORPORATION, ERIC
MELADZE, BLUE TECH SUPPLIES INC.,
SUNSTONE SERVICES INC., and JOHN DOE
DEFENDANTS "1" through "10",

         Defendants.
-------------------------------------------------------------------X

## NOTICE OF APPEARANCE

  Please enter my appearance as counsel for the Plaintiffs, GOVERNMENT EMPLOYEES INSURANCE COMPANY, GEICO INDEMNITY COMPANY, GEICO GENERAL INSURANCE COMPANY, and GEICO CASUALTY COMPANY, in the above-titled action.

Dated:  Uniondale, New York
     June 30, 2025

             RIVKIN RADLER LLP

         By:  /s/ *Ashley N. Prinz*
            Ashley N. Prinz, Esq.
            926 RXR Plaza
            Uniondale, New York 11556-0926
            RR File No.  005100.03549
            Telephone:  (516) 357-3000
            Facsimile:  (516) 357-3333