

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333

**MICHAEL VANUNU**
Partner
(516) 357-3337
michael.vanunu@rivkin.com

June 30, 2025

**VIA ECF**
Honorable Joseph A. Marutollo
United District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re:   *Government Employees Ins. Co. et al. v. Stoyanovsky, et al.*
          Case No.: 1:24-CV-01017-PKC-JAM

Dear Judge Marutollo:

As the Court is aware, we represent Plaintiffs (collectively "GEICO" or "Plaintiffs") in the above-captioned action. We submit this letter, jointly with the defendants (collectively, with Plaintiffs, the "Parties"), to provide the Court with a status update on this matter. See Min. Entry. Dtd. May 13, 2025.

As an initial matter, Defendants have produced a copy of the 2021 and 2022 tax returns that were filed, as required by the Court's May 13th Order. See Id. In addition, the Parties have been scheduling the depositions of both Parties and non-parties, to the extent permitted under the current stay of certain deposition. See Dkt. Order Dtd. May 12, 2024. The Parties already have three confirmed depositions during the month of July and will attempt to conduct as many depositions as possible prior to the August 10, 2025, when the current stay is lifted.

We thank the Court for its time and continued attention to this matter.

                                              Very truly yours,

                                              RIVKIN RADLER LLP
                                              /s/ *Michael Vanunu*
                                              Michael Vanunu

Cc:    All Counsel Via ECF

66 South Pearl Street          25 Main Street, Court Plaza North   1301 Riverplace Boulevard     477 Madison Avenue          2649 South Road, Suite 100
Albany, NY 12207-1533          Suite 501                            Jacksonville, FL 32207-9047   New York, NY 10022-5818     Poughkeepsie, NY 12601-6843
T 518.462.3000  F 518.462.4199 Hackensack, NJ 07601-7082            T 904.792.8925  F 904.467.3461 T 212.455.9555  F 212.687.9044 T 845.473.8100  F 845.473.8777
                               T 201.287.2460  F 201.489.0495