

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333

**MICHAEL VANUNU**
Partner
(516) 357-3337
michael.vanunu@rivkin.com

July 25, 2025

**VIA ECF**
Honorable Joseph A. Marutollo
United District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re:   *Government Employees Ins. Co. et al. v. Stoyanovsky, et al.*
           Case No.: 1:24-CV-01017-PKC-JAM

Dear Judge Marutollo:

As the Court is aware, we represent Plaintiffs (collectively "GEICO" or "Plaintiffs") in the above-captioned action. We submit this letter, jointly with the defendants (collectively, with Plaintiffs, the "Parties"), to provide the Court with a status update on this matter. See Dkt Order Dtd. June 30, 2025.

Since the Parties' June 30, 2025, joint status letter, the Parties have started non-party depositions. There are additional depositions that are scheduled to occur over the next 30 days, which are consistent with the terms permitted under the current stay of certain depositions. Plaintiffs will also look to immediately depose the remaining individuals after the stay lifted on August 10, 2025, to the extent that the Government does not seek to review the stay. In addition, defendant Kianan Tariverdiev ("K. Tariverdiev"), who is also a defendant in the pending criminal action in the Southern District of New York, pled guilty to conspiracy to commit money laundering on July 9, 2025, and is pending sentencing.

We thank the Court for its time and continued attention to this matter.

                        Very truly yours,

                        RIVKIN RADLER LLP
                        /s/ *Michael Vanunu*
                        Michael Vanunu

Cc:    All Counsel Via ECF

66 South Pearl Street    25 Main Street, Court Plaza North    1301 Riverplace Boulevard    477 Madison Avenue    2649 South Road, Suite 100
Albany, NY 12207-1533    Suite 501                            Jacksonville, FL 32207-9047  New York, NY 10022-5818  Poughkeepsie, NY 12601-6843
T 518.462.3000 F 518.462.4199  Hackensack, NJ 07601-7082      T 904.792.8925 F 904.467.3461  T 212.455.9555 F 212.687.9044  T 845.473.8100 F 845.473.8777
                              T 201.287.2460 F 201.489.0495