


926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333

**MICHAEL VANUNU**
Partner
(516) 357-3337
michael.vanunu@rivkin.com

August 13, 2025

**VIA ECF**
Honorable Seth D. Eichenholtz
United District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re:   *Government Employees Ins. Co. et al. v. Stoyanovsky, et al.*
             Case No.: 1:24-CV-01017-PKC-JAM

Dear Judge Eichenholtz:

As the Court is aware, we represent Plaintiffs (collectively "GEICO" or "Plaintiffs") in the above-captioned action. We submit this letter, jointly with the Defendants (collectively, with Plaintiffs, the "Parties"), to provide the Court with a status update on this matter of developments since the Parties' August 8, 2025, joint status letter.

The Parties are pleased to advise the Court that the Parties have come to an agreement in principle on the terms of a settlement with all of the appearing Defendants in this case. This settlement involves multiple agreements, each which will require a written and executed agreement. Plaintiffs and the appearing Defendants expect to memorialize and finalize all of the terms of a settlement and file a stipulation of discontinuance within the next forty-five (45) days.

Upon completion of the above-described settlement, the only remaining defendants will be the ones in default. Plaintiffs are presently determining whether they intend to pursue a default judgment against the defaulting defendants, subsequent to finalizing the settlements, or whether to voluntarily dismiss the claims against the defaulting defendants.

In light of the agreement in principle, the Parties respectfully request that all Court Ordered deadlines be held in abeyance. We thank the Court for its time and continued attention to this matter.

                            Very truly yours,

                            RIVKIN RADLER LLP
                            /s/ *Michael Vanunu*
                            Michael Vanunu

Cc:    All Counsel Via ECF

66 South Pearl Street    25 Main Street, Court Plaza North    1301 Riverplace Boulevard    477 Madison Avenue    2649 South Road, Suite 100
Albany, NY 12207-1533    Suite 501                            Jacksonville, FL 32207-9047   New York, NY 10022-5818 Poughkeepsie, NY 12601-6843
T 518.462.3000 F 518.462.4199   Hackensack, NJ 07601-7082     T 904.792.8925 F 904.467.3461 T 212.455.9555 F 212.687.9044  T 845.473.8100 F 845.473.8777
                         T 201.287.2460 F 201.489.0495