UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY and
GEICO CASUALTY COMPANY,

Docket No.:
1:24-cv-01017(PKC)(JAM)

Plaintiffs,

-against-

VLADISLAV STOYANOVSKY et al.,

Defendants.
-------------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company (collectively, "Plaintiffs") and Defendant Vladislav Stoyanovsky ("Stoyanovsky") that all claims asserted by Plaintiffs against the Stoyanovsky in this action are dismissed with prejudice pursuant to Fed. R. Civ. Proc. 41(a). Plaintiffs and Stoyanovsky shall bear their own costs, disbursements and attorneys' fees in connection with the prosecution and/or defense of this action.

Dated: ~~August ___, 2025~~
September 15, 2025

RIVKIN RADLER LLP

By: _____
       Michael Vanunu, Esq.
926 RXR Plaza
Uniondale, New York 11556

*Counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company*

PETER BIRZON & ASSOCIATES, P.C.

By: _____
       Peter M. Birzon, Esq.
400 Jericho Turnpike, Suite 100
Jericho, New York 11753

*Counsel for Defendant Vladislav Stoyanovsky*