


926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333

**MICHAEL VANUNU**
Partner
(516) 357-3337
michael.vanunu@rivkin.com

September 29, 2025

**VIA ECF**
Honorable Seth D. Eichenholtz
United District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re:   *Government Employees Ins. Co. et al. v. Stoyanovsky, et al.*
           Case No.: 1:24-CV-01017-PKC-JAM

Dear Judge Eichenholtz:

As the Court is aware, we represent Plaintiffs (collectively "GEICO" or "Plaintiffs") in the above-captioned action. We submit this letter, jointly with the remaining appearing Defendants, Headlam Medical Professional Corporation, Kianan Tariverdiev, Nazim Tariverdiev, Dilsod Islamov, and Dmitriy Khavko (collectively, "Defendants")(collectively, with Plaintiffs, the "Parties"), to provide the Court with a status update on this matter of developments since the Parties' August 12, 2025, joint status letter. <u>See</u> Dkt. Order Dtd Aug. 14, 2025.

As the Court is also aware, the Parties have come to an agreement in principle on the terms of a settlement with all of the appearing Defendants in this case, and have been attempting to finalize the multiple agreements. On September 16, 2025, the Parties filed a stipulation of dismissal with prejudice against Defendant Vladislav Stoyanovsky. The Parties remain actively engaged in finalizing written agreements to resolve the claims against the remaining Defendants. As such, the Parties are requesting a thirty (30) day extension to memorialize and finalize the written settlements and file stipulations of discontinuance.

We thank the Court for its time and continued attention to this matter.

                                                    Very truly yours,

                                                    RIVKIN RADLER LLP
                                                    /s/ *Michael Vanunu*
                                                    Michael Vanunu

Cc:    All Counsel Via ECF

4897-1748-8237, v. 2

66 South Pearl Street | 25 Main Street, Court Plaza North Suite 501 | 1301 Riverplace Boulevard | 477 Madison Avenue | 2649 South Road, Suite 100
Albany, NY 12207-1533 | Hackensack, NJ 07601-7082 | Jacksonville, FL 32207-9047 | New York, NY 10022-5818 | Poughkeepsie, NY 12601-6843
T 518.462.3000  F 518.462.4199 | T 201.287.2460  F 201.489.0495 | T 904.792.8925  F 904.467.3461 | T 212.455.9555  F 212.687.9044 | T 845.473.8100  F 845.473.8777