UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

GOVERNMENT EMPLOYEES INSURANCE
COMPANY, et al.,

                        Plaintiffs,

       -against-

VLADISLAV STOYANOVSKY, GARY GRODY,
HEADLAM MEDICAL PROFESSIONAL
CORPORATION, ERIC MELADZE, BLUE TECH
SUPPLIES, INC., SUNSTONE SERVICES, INC.,
KAINAN TARIVERDIEV, NAZIM TARIVERDIEV,
DILSOD ISLAMOV, DMITRIY KHAVKO, and JOHN
DOE DEFENDANTS "1" – "10",

                        Defendants.

-------------------------------------------------------------------X

Docket No.:
1:24-cv-01017(PKC)(SDE)

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for

Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO

General Insurance Company and GEICO Casualty Company (collectively, "Plaintiffs") and

Defendants Kianan Tariverdiev, Nazim Tariverdiev, Dilsod Islamov, Dmitriy Khavko, and

Headlam Medical Professional Corporation (collectively, "Defendants") that all claims asserted by

Plaintiffs against the Defendants in this action are dismissed with prejudice pursuant to Fed. R. Civ.

Proc. 41(a). Plaintiffs and the Defendants shall bear their own costs, disbursements and attorneys'

fees in connection with the prosecution and/or defense of this action.

Dated: ~~August ____, 2025~~ **Dec 1, 2025**

RIVKIN RADLER LLP

By: _____
    Michael Vanunu, Esq.
926 RXR Plaza
Uniondale, New York 11556

Counsel for Plaintiffs Government
Employees Insurance Company, GEICO
Indemnity Company, GEICO General
Insurance Company and GEICO Casualty
Company

KRAVET & VOGEL, P.C.

By: _____
    Donald Kravet, Esq.
555 Fifth Ave, 14th Floor
926 RXR Plaza
Uniondale, New York 11556

Counsel for Defendant Headlam Medical
Professional Corporation.

SCHWARTZ, CONROY, & HACK PC

By: _____
    Matthew Conroy, Esq.
    Robert Hewitt, Esq.
666 Old Country Road, 9th Floor
Garden City, New York 11530

Counsel for Defendants Kiamran
Tariverdiev, Nazim Tariverdiev, Dilsod
Islamov, and Dmitriy Khavko